# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00808-RJC-DSC

| | |
|---|---|
| **SANDRA KAYE DELLINGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **LIBERTY LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice by Robert M. Wood" (document # 8) filed February 13, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 13, 2013

David S. Cayer
United States Magistrate Judge