IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

C.A. No. 3:12-cv-0808- RJC-DSC

| | |
|---|---|
| SANDRA KAYE DELLINGER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Stay the remaining deadlines in the Court's Pretrial Order for ninety (90) days. For good cause shown, the Parties' Motion is **GRANTED** and this action is **STAYED** for ninety (90) days. On or before December 17, 2013, the Parties shall file a status report with the Court regarding any issues that remain for the Court's consideration.

**SO ORDERED**.

Signed: October 2, 2013

_____
David S. Cayer
United States Magistrate Judge